IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MAXEY MAXWELL and
LINZIE MAXWELL,

    Plaintiffs,

VS.                                    NO. 05-2280-MaV

FRED PHILLIPS, in his official
capacity as Commissioner of the
Tennessee Department of Safety,

    Defendant.

ORDER OF TRANSFER

The above-styled case is hereby transferred to Judge Jon Phipps McCalla in exchange for Case No. 2:05cv2310, <u>Marcus Kanard Payne v. State of Tennessee, et al</u>. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number from "Ma" to "Ml."

It is so ORDERED this 30th day of June, 2005.

                                      SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02280 was distributed by fax, mail, or direct printing on June 30, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Rebecca Lyford
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202

Honorable Jon McCalla
US DISTRICT COURT