IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 15 AM 9:15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |
|---|---|
| MAXEY MAXWELL and LINZIE MAXWELL, <br><br> Plaintiffs, <br><br> v. <br><br> FRED PHILLIPS, in his official capacity as Commissioner of the Tennessee Department of Safety, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 05-2280 Ml/V |

## ORDER TO SHOW CAUSE

Before the Court is Defendant's Motion for Summary Judgment, filed May 9, 2005. Under Local Rule 7.2(a)(2) and Fed. R. Civ. P. 6, a response to the motion was due on or before June 7, 2005. To date, Plaintiff has not filed a response. Accordingly, Plaintiff is hereby ORDERED to SHOW CAUSE within ten (10) days of the date of entry of this Order why Defendant's motion should not be granted.[1]

Failure to respond to this Order to Show Cause in a timely manner may result in the Court granting Defendant's Motion for Summary Judgment.

So ORDERED this  14  day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] To comply with this Order, Plaintiff must file a written response to the Motion for Summary Judgment.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-15-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02280 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Rebecca Lyford
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT