IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG 15 PM 3:21
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MAXEY MAXWELL, ET AL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:05cv2280 Ml / V |
| ) | |
| FRED PHILLIPS, ) | |
| ) | |
| Defendant. ) | |

JOINT ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held ~~Thursday, August 25, 2005~~. Present were Javier M. Bailey, counsel for plaintiffs, and Rebecca Lyford, counsel for defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): Thursday, September 8, 2005

JOINING PARTIES: Monday, October 24, 2005

AMENDING PLEADINGS: Monday, October 24, 2005

INITIAL MOTIONS TO DISMISS: Wednesday, November 23, 2005

COMPLETING ALL DISCOVERY: Friday, April 21, 2006

    (a) DOCUMENT PRODUCTION: Friday, April 21, 2006

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR
        ADMISSIONS: Friday, April 21, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-16-05



   (c) **EXPERT WITNESS DISCLOSURE** (Rule 26):

      (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: Tuesday, February 21, 2006

      (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: Thursday, March 23, 2006

      (3) **EXPERT WITNESS DEPOSITIONS**: Friday, April 21, 2006

**FILING DISPOSITIVE MOTIONS**: Monday, May 22, 2006

**OTHER RELEVANT MATTERS**:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 1-2 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the

scheduling dates set by this order will not be modified or extended.

    IT IS SO ORDERED.

                                                */s/ Diane K. Vescovo*
                                            DIANE K. VESCOVO
                                            UNITED STATES MAGISTRATE JUDGE

                                            DATE: August 12, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02280 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Rebecca Lyford
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT