# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY pg D.C.
05 NOV 22 PM 5:04
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| MAXEY MAXWELL and LINZIE MAXWELL, <br><br> Plaintiffs, <br><br> v. <br><br> FRED PHILLIPS, in his official capacity as Commissioner of the Tennessee Department of Safety, <br><br> Defendant. | No. 05-2280 Ml/V |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Motion for Summary Judgment, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion for Summary Judgment, entered November 22, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

Nov. 22, 2005
DATE

THOMAS M. GOULD
Clerk of Court

Earline Grayer
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02280 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Rebecca Lyford
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202

Honorable Jon McCalla
US DISTRICT COURT